IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DAVID J. ERHARDT,

Defendant.

21-CR-147

**INFORMATION**
(Misdemeanor)
18 U.S.C. § 701

**COUNT 1**
(Unauthorized Possession of Imitation Badge)

**The United States Attorney Charges That:**

On or about August 30, 2020, in the Western District of New York, and elsewhere, the defendant, DAVID J. ERHARDT, possessed a badge, identification card, and other insignia of the design prescribed by the head of the United States Department of Homeland Security, a department and agency of the United States, for use by any officer and employee thereof, and a colorable imitation thereof, without authorization under regulations made pursuant to law.

**All in violation of Title 18, United States Code, Section 701.**

DATED: Buffalo, New York, July __11__, 2022.

TRINI E. ROSS
United States Attorney

BY: _____
AARON J. MANGO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5882
aaron.mango@usdoj.gov